

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In re Reginald D. Reece

No. 06-16-00042-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the request.

RENDERED APRIL 15, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk